UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

Luv n' care, Ltd. and

Admar International Inc.,

     Plaintiffs

v.

Shiboleth, LLP and its members,

Amnon Shiboleth, Oren Heiman, Liraz Yuval

(a/k/a Liraz Geva(, Charles Manuel, and

Rochelle R. Weisburg, and DOES 1-10,

     Defendants

Civil Action No. 1:13-cv-04720-RRM-JMA

## DECLARATION OF TARA M. AMBROSE

1. I, Tara M. Ambrose, make this Declaration in support of Plaintiffs' response to the July 25, 2014 pre-motion letter to the Court by Charles B. Manuel, Jr. on behalf of Defendants in the above captioned civil action. I am the paralegal to corporate general in house Counsel, Joe D. Guerriero for Plaintiffs, Luv n' care, Ltd ("LNC") and have been employed in such capacity for the last 6 and ½ years.

2. I, Tara M. Ambrose am familiar with the work performed by the members of the Shiboleth Law firm in New York.

3. I, Tara M. Ambrose know from my own personal knowledge that I dealt regularly with members of the Shiboleth Law firm on numerous cases in which said members worked for LNC including but not limited to the law suit against Walgreens, the defense suit against Cool Baby, and the suit against Royal King.

4. The primary employee of the Shiboleth Law Firm that I dealt with was Rochelle R. Weisburg. During those exchanges I spoke with her regularly on telephone conversations concerning the suits referenced above, which telephone calls were made directly to the extension of Rochelle R. Weisburg at the Shiboleth Law Firm. In addition, I exchanged emails to and from Rochelle R. Weisburg and Sagie Kleinlerer concerning said lawsuits.

5. I state under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 15th day of August, 2014.

Tara M. Ambrose