

2 CORPORATE DR., SUITE 206, TRUMBULL, CT 06611 · TEL 203.220.8496 · FAX 203.220.8497 · WWW.DILWORTHIP.COM

August 25, 2014

Hon. Roslynn R. Mauskopf
Hon. Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
*By ECF*

*Luv N' Care, Ltd. et al. v. Manuel, Shiboleth LLP, et al.* -- 1:13-cv-04720 (RRM)(JMA)

Dear Judge Mauskopf and Judge Azrack:

Unfortunately, the Court has received an extraneous letter (dated August 22, 2014) from Mr. Charles Manuel, who is one of the Defendants alleged to have committed malpractice as part of Shiboleth LLP. To respectfully correct counsel, inasmuch as Mr. Manuel's original letter to the Court had violated the Court's Order (as comprising 4 pages) -- and had included 15 pages of unauthorized and essentially irrelevant material -- Luv n' care was forced to respond.

Moreover, Defendant Manuel's letter contains no information which challenges the substance of the undersigned's letter of August 15, 2014, or which is otherwise pertinent to the issues before the Court, such as:

- the attorney-client relationship between Shiboleth LLP and Luv n' care;
- the tolling of the relevant statute of limitations;
- the underlying malpractice of the Shiboleth LLP Defendants; and/or
- the proper venue of the case in this Court.

Therefore, Mr. Manuel's most recent motion-letter should be stricken under the provisions of Rule 12(f) Fed. R. Civ. P., as constituting "redundant, immaterial, impertinent, or scandalous matter."

Based on the unrebutted evidence before the Court, the Defendants should be ordered to answer Luv n' care's Complaint, and the same is respectfully requested.

                Respectfully submitted,

                *RM Ward*

                Robert M. Ward