# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **LUV N' CARE, LTD. and ADMAR INTERNATIONAL, INC.,** *Plaintiffs,* **v.** **SHIBOLETH, LLP, and its members and of counsel, AMNON SHIBOLETH, OREN HEIMAN, MORRIS E. COHEN, CHARLES B. MANUEL, and ROCHELLE R. WEISBURG, and DOES 1-10,** *Defendants.* | **Civil Action No .** 1:13-cv-04720-RRM-LB Jury Trial Demanded |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT

Now come the Plaintiffs Luv n' care *et al.* and respectfully move the Court pursuant to the provisions of Rule 15 FRCP to file the attached Second Amended Complaint, which merely joins a previously named joint tortfeasor, Morris E. Cohen, Esq., in the present malpractice lawsuit.

Rule 15 (a) (2) FRCP provides:

(2) *Other Amendments.* In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Thus, did Plaintiff's counsel send the following email to the email address listed on the Court's Docket for opposing counsel, who did not respond:

**From:** Robert M. Ward
**Sent:** Wednesday, April 15, 2015 11:14 AM
**To:** cbm@manuel-law.net
**Subject:** FW: Luv N' Care, Ltd. and Admar Int'l Inc., v. Shiboleth LLP, et al.

Charles,

I trust that you are well, and have substantially recovered from New York's difficult winter season.

Do the Defendants have any objection to Morris Cohen being joined as a party defendant in the pending lawsuit?

Bob

2

Wherefore, no party is prejudiced by the joinder of Mr. Cohen, *inter alia*, because he was named as a joint tortfeasor in the Complaint and in the Amended Complaint. And, moreover, as the Court is aware, in the State of a New York it is Black Letter Law that prescription does not run against a joint tortfeasor.

Accordingly, the present motion for leave to amend should be granted, and the same is respectfully solicited.

Respectfully submitted, this 24th day of April, 2015,

*/s/Anthony H. Handal*
Anthony H. Handal
N.Y. Fed. Bar No. AH5104
(Admitted in NY 1/16/75)
**Handal & Morofsky, LLC**
420 Lexington Avenue
Suite 300
New York, NY 10170
Phone: (646) 770-1010
handal@handalglobal.com

Of counsel:

Robert M. Ward
**Dilworth IP, LLC**
2 Corporate Drive
Suite 206
Trumbull, CT 06611
Telephone: (203) 220-8496
Mobile: (404) 606-6480
Facsimile: (203) 220-8497
rward@dilworthip.com